UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NAOMI MISONZHNIK, on behalf of herself
and all other similarly situated consumers,

                Plaintiff,                                JUDGMENT
                                                               17-cv-6683 (BMC)
       - against –

ALLTRAN FINANCIAL, LP,

                Defendant.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 14, 2018, granting Defendants' motion to dismiss; it is

        ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted.

Dated: Brooklyn, NY                                               Douglas C. Palmer
March 15, 2018                                                 Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk